**Order filed June 13, 2019**



In The

# Court of Appeals

For The

# First District of Texas

————————

NO. 01-18-00440-CR

————————

**JOSHUA BEARD, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

On Appeal from the Crim Dist Ct 2
Tarrant County, Texas
Trial Court Cause No. 1376884D

## ORDER

This court has determined, pursuant to Texas Rule of Appellate Procedure 34.5(f) and 34.6(g)(2), that it must inspect the original exhibits of **SX 1, SX 12, SX 23, and SX 23A.**

The exhibit clerk of the Crim Dist Ct 2 is directed to deliver to the Clerk of this court the original of SX 1, SX 12, SX 23, and SX 23A, on or before **June 21, 2019.** The Clerk of this court is directed to receive, maintain, and keep safe this original exhibit; to deliver it to the justices of this court for their inspection; and, upon completion of inspection, to return the original of SX 1, SX 12, SX 23, and SX 23A, to the clerk of the Crim Dist Ct 2.

PER CURIAM